United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. CURRY,<br><br>  Plaintiff,<br><br>  v<br><br>G. PONDER et al.,<br><br>  Defendants. | Case No C 06-3731 MHP<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

  A settlement conference in this matter was held on <u>May 7, 2008</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

  ☒ Plaintiff

  ☐ Warden or warden's representative

  ☒ Office of the California Attorney General

  ☒ Other: Alan Sobel for the California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 5/13/08    _____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURRY | No. C 06-3731 MHP |
| v. | CERTIFICATE OF SERVICE |
| PONDER | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/13/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Terrell D. Curry**
T-29338
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

3